1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GOLDYN COOPER,

11            Plaintiff,              No. 2:12-cv-00602 DAD P

12      vs.

13   SCOTT HEATLEY, et al.,           <u>ORDER AND</u>

14            Defendants.             <u>FINDINGS & RECOMMENDATIONS</u>

15   _____/

16          On December 20, 2012, this court ordered plaintiff to complete and return to the

17   court, within thirty days, the USM-285 forms necessary to effect service on defendants, a

18   completed summons and four copies of his endorsed complaint.  That thirty day period has since

19   passed, and plaintiff has not responded in any way to the court's order.

20          Accordingly, IT IS HEREBY ORDERED that this case be randomly assigned to a

21   District Judge.

22          Also, IT IS HEREBY RECOMMENDED that this action be dismissed without

23   prejudice.  <u>See</u> Fed. R. Civ. P. 41(b).

24          These findings and recommendations will be submitted to the United States

25   District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

26   fourteen days after being served with these findings and recommendations, plaintiff may file

1

1   written objections with the court.  The document should be captioned "Objections to Findings

2   and Recommendations."   Any response to the objections shall be filed and served within

3   fourteen days after service of the objections.  Plaintiff is advised that failure to file objections

4   within the specified time may waive the right to appeal the District Court's order.  Martinez v.

5   Ylst, 951 F.2d 1153 (9th Cir. 1991).

6   DATED: January 28, 2013.

7

8   _____

9   DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

10  DAD:4
    coop602.fusm

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26