IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GOLDYN COOPER,

      Plaintiff,             No. 2:12-cv-00602 KJM DAD P

    vs.

SCOTT HEATLEY, et al.,

      Defendants.        ORDER

_____/

      Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 29, 2013, the court issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to submit the USM-285 forms, completed summons and four copies of the endorsed complaint pursuant to the court's order filed December 20, 2012. (Doc. No. 8.) On March 12, 2013, plaintiff his filed objections to those findings and recommendation, after receiving an extension of time to do so, a completed summons and copies of his complaint. However, plaintiff did not submit the three USM-285 forms. The court will vacate the December 20, 2012 findings and recommendations and provide plaintiff with a final opportunity to submit the required USM-285 forms as previously ordered.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on January 29, 2013, are vacated;

2. The Clerk of the Court is directed to provide plaintiff with three USM-285 forms;

3. Within thirty days, plaintiff shall complete the attached Notice of Submission of Documents and submit the three completed USM-285 forms, one for each defendant; and

4. Plaintiff failure to comply with this order within the specified time period will result in a recommendation that this action be dismissed.

DATED: March 20, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
coop602.8f

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GOLDYN COOPER,

      Plaintiff,               No. 2:12-cv-00602 KJM DAD P

    vs.

SCOTT HEATLEY, et al,        NOTICE OF SUBMISSION

      Defendants.           OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      ____ [#] completed USM-285 forms

DATED: _____.

                                                                      Plaintiff