UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDYN COOPER, | No. 2:12-cv-00602 KJM DAD P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT HEATLEY, et al., | |
| Defendants. | |

Defendants Heatley, Weinholdt and Pepper have filed objections to the court's August 21, 2013 Discovery and Scheduling Order. In this regard, defendants have requested that additional time be provided for discovery and the filing of dispositive motions in this action. Defendants Heatley and Weinholdt filed their answer on July 2, 2013. On August 15, 2013, defendant Pepper filed a motion to dismiss the complaint with prejudice as to the claim alleged against him and to strike plaintiff's claim for punitive damages. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Defendants' requests that the court's Discovery and Scheduling Order be modified (ECF Nos. 25 & 26) are granted;

    2. The court's August 21, 2013 Discovery and Scheduling Order is modified as follows:

        a. The October 25, 2013 deadline for discovery and to file any motions necessary to compel discovery is vacated, and reset for April 25, 2014;

      b. The January 17, 2014 deadline to file pretrial motions (except motions to compel) is vacated, and reset for June 17, 2014; and

      c. All other requirements and orders in the August 21, 2013 Discovery and Scheduling Order shall remain in effect.

Dated: August 26, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
coop602.36sched