1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GOLDYN COOPER,                              No.  2:12-cv-00602 KJM DAD P

12                  Plaintiff,

13         v.                                    FINDINGS AND RECOMMENDATIONS

14   SCOTT HEATLEY, et al.,

15                  Defendants.

16

17         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

18   U.S.C. § 1983 against defendants Dr. Scott Heatley, Dr. H. Walter Pepper and Terri Weinholdt.

19   On August 15, 2013, defendant H. Walter Pepper filed a motion to dismiss plaintiff's complaint

20   for failure to state a cognizable claim against him.  When plaintiff failed to file a timely

21   opposition to the motion, the court ordered plaintiff to file his opposition or statement of non-

22   opposition within thirty days.  (ECF No. 28.)  Following plaintiff's September 30, 2013 request

23   for an extension of time, the court again ordered plaintiff to file his opposition.  (ECF No. 30.)

24   On September 30, 2013 and October 17, 2013, plaintiff filed statements of non-opposition to

25   defendant Pepper's motion to dismiss.  (ECF No. 29 at 2 and 31.)

26         In light of plaintiff's statement of non-opposition to the granting of the pending motion, IT

27   IS HEREBY RECOMMENDED that:

28   /////

                                                  1

1.  Defendant H. Walter Pepper's August 15, 2013 motion to dismiss (ECF No. 22) be granted;

2.  Defendant H. Walter Pepper be dismissed from this action; and

3.  This action shall proceed as to defendants Scott Heatley and Terry Weinholdt only.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections. Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  November 6, 2013

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
coop602.mtdPepper

2