UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDYN COOPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT HEATLEY, et al.,<br><br>　　　　Defendants. | No. 2:12-cv-00602 KJM DAD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 6, 2013, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.,* 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 6, 2013, are adopted in full;

2. Defendant H. Walter Pepper's unopposed August 15, 2013 motion to dismiss (ECF No. 22) is granted;

3. Defendant H. Walter Pepper is dismissed from this action; and

4. This action shall proceed as to defendants Scott Heatley and Terry Weinholdt only.

DATED: January 10, 2014.

_____
UNITED STATES DISTRICT JUDGE