1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GOLDYN COOPER,                          No.  2:12-cv-00602 KJM DAD P

12            Plaintiff,

13      v.                                    ORDER

14   SCOTT HEATLEY, et al.,

15            Defendants.

16

17       On April 3, 2014, plaintiff filed a document styled, "Notice And Opposition To The

18   Magistrate Judge Dale A. Drozd's February 25, 2014 Court Order . . ." which the court construes

19   as a request for reconsideration of the magistrate judge's order filed February 25, 2014, denying

20   plaintiff the appointment of counsel.  Under Local Rule 303(f), a magistrate judge's orders shall

21   be upheld unless "clearly erroneous or contrary to law."  *Id*.  Upon review of the file, the court

22   finds that the magistrate judge's ruling was not clearly erroneous or contrary to law.

23       Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the

24   magistrate judge filed February 25, 2014, is affirmed.

25   DATED:  May 15, 2014.

26

27   _____

     UNITED STATES DISTRICT JUDGE

28

1