UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDYN COOPER,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT HEATLEY, et al.,<br><br>    Defendants. | No. 2:12-cv-0602 KJM DAD P<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 7, 2015, the magistrate judge filed findings and recommendations, which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

    The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 7, 2015 are adopted in full.
2. Defendants' motion for summary judgment (ECF No. 50) is denied without prejudice to its re-filing in compliance with the new April 15, 2015 deadline for the filing of pretrial motions.
3. This matter is referred back to the magistrate judge for further proceedings.

SO ORDERED.

DATED: February 11, 2015.

_____
UNITED STATES DISTRICT JUDGE